WALKER MFG. CO. et al. v. HAMMER et al. (Circuit Court of Appeals, Eighth Circuit. March 27, 1920.) No. 5501. Appeal from the District Court of the United States for the Southern District of Iowa. Otto Raymond Barnett, of Chicago, Ill., for appellants.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellants.

In re GRANTIER. (District Court, N. D. New York. April 26, 1920.) In Bankruptcy. In the matter of Bert Grantier, bankrupt. On review of order of referee directing delivery of certain personal property to the trustee or to his vendee. The claimant asserts title to same by virtue of a purchase under a real estate mortgage foreclosure sale, and asserts same was covered by such mortgage as a part of the realty, or that, if not so covered and transferred by such sale, that the mortgage covered same as personal property, and, although not recorded or filed as a chattel mortgage, it was good as such as between the parties and as against the trustee and his vendee, and carried title to claimant. Affirmed. Jas. W. Liddle, of Schenectady, N. Y. (B. Salmon, of Schenectady, N. Y., of counsel), for trustee. Wm. H. Lynes, of Delanson, N. Y., for claimant Grantier.

RAY, District Judge. I think the referee was correct in his findings and conclusions, and that the exceptions to his report should be overruled, and his order affirmed. There will be an order accordingly.